IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH BLAKNEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   12-6300 |
| | : | |
| THE CITY OF PHILADELPHIA, LINDA TURNER, LYNN SPIRO, and JOHN DOES 1–10 | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *4th* day of *June,* 2013, upon consideration of the Motion by Defendants the City of Philadelphia, Linda Turner, and Lynn Spiro to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted (Docket No. 10) and the Response of Plaintiff Ralph Blakney (Docket No. 11), it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety and the Amended Complaint is **DISMISSED**.

This case is now **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.